[No. 38903-7-II.  Division Two.  October 19, 2010.]

*In the Matter of the Detention of* RICHARD BROTEN, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 98-2-01374-1, Gordon Godfrey, J., entered January 30, 2009. *Affirmed* by unpublished opinion per Penoyar, C.J., concurred in by Armstrong and Worswick, JJ.

[No. 39040-0-II.  Division Two.  October 19, 2010.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID M. RANDOLPH, *Appellant.*

Appeal from a judgment of the Superior Court for Mason County, No. 08-1-00224-1, Toni A. Sheldon, J., entered February 23, 2009. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Armstrong and Quinn-Brintnall, JJ.

[No. 39133-3-II.  Division Two.  October 19, 2010.]

JAMES ROLLAND ET AL., *Appellants,* v. WAYNE WILLIAMS ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Thurston County, No. 05-2-01991-1, Susan Serko, J. Pro Tem., entered January 25, 2008. *Affirmed* by unpublished opinion per Penoyar, C.J., concurred in by Worswick, J. and Dwyer., J., Pro Tem.

[No. 39172-4-II.  Division Two.  October 19, 2010.]

THE STATE OF WASHINGTON, *Respondent,* v. MARK BRANDON VENIS, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 08-1-01323-2, James J. Stonier, J., entered April 9, 2009. *Affirmed* by unpublished opinion per Worswick, A.C.J., concurred in by Armstrong, J. and Dwyer, J.